**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-6688**

———————

In Re:  JOHNNY MACK BROWN,

　　　　　　　Petitioner.

———————

On Petition for Writ of Habeas Corpus.
(3:94-cr-00027-JPJ-1)

———————

Submitted:  August 21, 2012　　　　Decided:  August 29, 2012

———————

Before NIEMEYER, MOTZ, and KING, Circuit Judges.

———————

Petition dismissed by unpublished per curiam opinion.

———————

Johnny Mack Brown, Petitioner Pro Se.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnny Mack Brown filed a petition for an original writ of habeas corpus, claiming that he was convicted on a superseding indictment, rather than the original indictment. This court ordinarily declines to entertain an original habeas petition filed under 28 U.S.C. § 2241 (2006), and this case provides no reason to depart from this general rule. Moreover, we find that the interests of justice would not be served by transferring the matter to the appropriate district court, see 28 U.S.C. § 1631 (2006); Fed. R. App. P. 22(a).

Accordingly, we deny Brown's motion for leave to proceed in forma pauperis and dismiss the petition. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

PETITION DISMISSED

2